UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BOBBIE APPLING, KIANA BAKER, NICHOLAS BEARDEN, NYDAJAH BELL, ATHENA BERZATI, ANITRA CLARK, CHRISTINE DUELL, JASIMONE DUNN, BONNIE ELY, HILLARY EVANS, JOSEPH EWIN, SHANNELL FLOWERS, KURT GRONERT, TERESA GUTIERREZ, KAYLA HAYNES, VENETIA HENDRICKS, CYNDAL JONES, MICHAEL JONES, MAKAYA JUERGENS, ASHLEY LACOURE, ARIEL LAPE, TESHA LOFTON, KAREN LOPEZ, CADESHE MAYS, CAMDEN MCDANIEL, CANDACE PARKER, EMILY PERKINS, CHASITY RAGAN, SAMANTHA RIDGEWAY, CASSANDRA ROSS, SHTERICA RUSSELL, DAVID SCHAEFER, ABRIAN SHAW, CRAIG STANLEY, SUSAN STOUT, FELICIA TAYLOR, REBEKAH THUMMEL, DAVID TILLERY, AMBER WILEY and CARRINGTON WILLIAMS,

CASE NO.:  0:22-CV-60865-KMM

    Plaintiffs,

vs.

EVERISE, INC.,

    Defendant.                                    /

**JOINT STIPULATION FOR *NON-PREJUDICIAL* DISMISSAL OF ACTION AS TO CERTAIN PLAINTIFFS AND THEIR CLAIMS**

NOW COME Plaintiffs, BOBBIE APPLING, KIANA BAKER, NICHOLAS BEARDEN, NYDAJAH BELL, ATHENA BERZATI, ANITRA CLARK, CHRISTINE DUELL, JASIMONE DUNN, BONNIE ELY, HILLARY EVANS, JOSEPH EWIN, SHANNELL FLOWERS, KURT GRONERT, TERESA GUTIERREZ, KAYLA HAYNES, VENETIA HENDRICKS, CYNDAL JONES, MICHAEL JONES, MAKAYA JUERGENS, ASHLEY LACOURE, ARIEL LAPE, TESHA LOFTON, KAREN LOPEZ, CADESHE MAYS, CAMDEN MCDANIEL, CANDACE PARKER, EMILY PERKINS, CHASITY RAGAN, SAMANTHA RIDGEWAY, CASSANDRA ROSS, SHTERICA RUSSELL, DAVID SCHAEFER, ABRIAN SHAW, CRAIG STANLEY, SUSAN STOUT, FELICIA TAYLOR, REBEKAH THUMMEL, DAVID TILLERY, AMBER WILEY and CARRINGTON WILLIAMS (hereinafter collectively referred to as "Plaintiffs"), and Defendant, EVERISE, INC., by and through their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the entry of an Order dismissing this case without prejudice as to the following Plaintiffs:

| | |
|---|---|
| Bobbie Appling | Camden McDaniel |
| Kiana Baker | Chasity Ragan |
| Nydajah Bell | Cassandra Ross |
| Bonnie Ely | Shterica Russell |
| Joseph Ewin | David Schaefer |
| Teresa Gutierrez | Abrian Shaw |
| Cyndal Jones | Felicia Taylor |
| Ashley Lacoure | Amber Wiley |

By filing the instant Joint Stipulation, together with another [D. E. 53] in which all other plaintiffs in this action and their claims have been stipulated for prejudicial dismissal, no parties or claims remain before the Court for adjudication of disputes set forth in any complaint herein.

Dated this 14th day of March, 2024.                    Respectfully submitted,

| | |
|---|---|
| */s/ Kimberly De Arcangelis* <br> Kimberly De Arcangelis <br> Florida Bar No. 025871 <br> C. Ryan Morgan <br> Florida Bar No. 0015527 <br> MORGAN & MORGAN, P.A. <br> 20 N. Orange Ave., 15th Floor <br> Orlando, FL 32801 <br> Telephone (407) 420-1414 <br> Facsimile (407) 245-3383 <br> *kimd@forthepeople.com* <br> *rmorgan@forthepeople.com* <br><br> **COUNSEL FOR PLAINTIFFS** | */s/ Cathy M. Stutin* <br> Cathy M. Stutin <br> Florida Bar No. 865011 <br> FISHER & PHILLIPS LLP <br> 450 East Las Olas Boulevard, Suite 800 <br> Fort Lauderdale, Florida 33301 <br> Telephone (954) 525-4800 <br> Facsimile (954) 525-8739 <br> *cstutin@fisherphillips.com* <br><br> Michael V. Abcarian* <br> Florida Bar No. 0253561 <br> Texas Bar No. 00799900 <br> FISHER & PHILLIPS LLP <br> 500 North Akard, Suite 3550 <br> Dallas, Texas 75201 <br> Telephone: (214) 220-9100 <br> Facsimile: (214) 220-9122 <br> *mabcarian@fisherphillips.com* <br> *\* Admitted pro hac vice* <br><br> **COUNSEL FOR DEFENDANT EVERISE, INC.** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the CM/ECF Sytem on March 14, 2024, on all counsel or parties of record on the Service List below.

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.

## **SERVICE LIST**

*Electronic Service*

Kimberly De Arcangelis, Esq.
kimd@forthepeople.com

C. Ryan Morgan, Esq.
rmorgan@forthepeople.com

Cathy M. Stutin, Esq.
cstutin@fisherphillips.com

Michael v. Abcarian, Esq.
mabcarian@fisherphillips.com